UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 19-06004-dd |
| Richard William Frye and ) | |
| Dorinda S. Frye ) | Chapter 7 |
|       Debtors ) | |

**ORDER AUTHORIZING SALE OF REAL ESTATE**

This proceeding comes before the Court on the application of Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtors (hereinafter referred to as the "Trustee") for authority to sell free and clear of all liens the Estate's interest in real property known as 3117 Dover Drive, Akron, OH 44312 to Belinda Harper, or her assigns, whose address is 856 Roslyn Ave, Akron, OH 44320 for $172,000.00 cash or certified funds plus an additional $9,160.00 to be paid directly to the bankruptcy estate for a total sales price of $181,160.00.

The Court has been informed that all parties in interest have been notified of the intention to sell said property. No objections to the proposed sale have been received or filed by any party with the Court. The Trustee has represented to the Court that such sale is in the best interest of creditors of the estate. The Trustee has informed the Court that the first mortgage lien claimed by Loan Depot and HOA fees with Hidden Lake Villages HOA should be paid upon the sale unless otherwise agreed by the creditors. The Trustee has also informed the Court that the Ohio Department of Revenue has voluntarily executed a release of its liens in order to facilitate the sale.

It is therefore,

ORDERED, ADJUDGED, AND DECREED, that on the terms and conditions set forth in the notice of sale, the Trustee is authorized to sell and to convey the estate's interest in the above-described property subject to the short sale terms, and that the liens claimed by the above-named creditors shall be paid upon the sale of said property unless otherwise agreed to by the lien creditors. The Trustee shall be reimbursed for the filing fee paid by him to the U.S. Bankruptcy Court for the District of South Carolina.

IT IS SO ORDERED.

**FILED BY THE COURT**
**05/12/2021**

Entered: 05/12/2021

David R. Duncan
US Bankruptcy Judge
District of South Carolina